# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA
# AT SAINT PAUL

Daniel Dillon,

    Plaintiff,

v.

Novel Energy Solutions L.L.C., a Minnesota limited liability company, and Clifton D. Kaehler, an individual,

    Defendants.

Civil Action No. 0:23-cv-00162-ECT-LIB

**NOTICE OF HEARING ON MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Plaintiff, through his undersigned counsel, hereby notices that on April 17, 2023, at 100, Federal Building, 315 Robert St. N., St. Paul, MN 55105, in courtroom 3B, at 9 a.m. or as soon thereafter as counsel may be heard, Plaintiff will make a motion for partial summary judgment on Counts III, IV, IX, and X of the Complaint. The motion will be based on all the pleadings, the memorandum of law filed 45 days prior to the hearing, supportive affidavits, and arguments of counsel made at the hearing.

Plaintiff's motion will be based on FED. R. CIV. P. 56. It will be argued that there is no disputed issue of material fact on these counts and that Plaintiff is entitled to judgment on liability on Counts III, IV, IX, and X of the Complaint.

Date: February 10, 2023

GILBERT ALDEN BARBOSA PPLC

By: /s/ *Charlie R. Alden*
Charlie R. Alden, Reg. No. 0389896
2801 Cliff Rd E
Suite 200
Burnsville, MN 55337
Charlie@GilbertAlden.com
612-990-2484 | Office & Cell
612-806-0585 | Fax

**ATTORNEYS FOR PLAINTIFF**