UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Daniel Dillon, | File No. 23-cv-162 (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Novel Energy Solutions L.L.C., *a Minnesota limited liability company,* and Clifton D. Kaehler, *an individual*, | |
| Defendants. | |

Based on the stipulation of dismissal with prejudice filed by the parties, ECF No. 60, **IT IS ORDERED** that this action is **DISMISSED** with prejudice, without costs or attorney's fees to any party.

Date:  August 18, 2023        s/ Eric C. Tostrud
                              Eric C. Tostrud
                              United States District Court